UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SCOTTIE CROSBY,

           Plaintiff,

-vs-                                      Case No.  5:06-cv-344-Oc-10GRJ

N.C.O. FINANCIAL SERVICES, INC.,
FEDERAL BOND COLLECTION
SERVICES, INC., GLOBE LIFE/ACCIDENT
INSURANCE COMPANY,

           Defendants.
_____/

## O R D E R

On September 22, 2006, the Plaintiff, proceeding *pro se*, filed a Complaint against the Defendants, which he entitled "Disregard if Complied With Writ of Mandamus." (Doc. 1). On December 22, 2006, the United States Magistrate Judge issued a report (Doc. 9) recommending that the *pro se* Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) be denied, and the Plaintiff's Complaint dismissed. The Plaintiff has filed objections to the report and recommendation (Doc. 10). The objections do not address any of the issues raised in the Magistrate Judge's report and recommendation, or attempt to correct any of the deficiencies noted in the Plaintiff's Complaint. Instead, the objections simply recite the procedural history of this case and suggest that the Court "should be seeking information on the above to serve the mandamus upon N.C.O. Services Inc., Federal Bond Collection Services, Inc., and Globe Life/Accident Insurance Company for relief requested."

Upon a *de novo* review of the record in this case, as well as the *pro se* Plaintiff's written objections, it is hereby ORDERED and ADJUDGED as follows:

(1) The Magistrate Judge's report and recommendation (Doc. 9) is ADOPTED, CONFIRMED, and made a part hereof;

(2) The *pro se* Plaintiff's Objections (Doc. 10) are OVERRULED;

(3) The *pro se* Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) is DENIED; and

(4) The *pro se* Plaintiff's Complaint (Doc. 1) entitled "Disregard If Complied With Writ of Mandamus" is DISMISSED WITHOUT PREJUDICE.  The Clerk is directed to enter judgment dismissing this case without prejudice, terminate all pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 16th day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record
Scottie Crosby, *pro se*